# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL STEVE COX, ) | 3:09-CV-0125-RCJ (RAM) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | November 12, 2009 |
| BILL DONAT, et al., ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Ruling on Plaintiff's Affidavit of Imminent Danger (Doc. #37) and Defendants have responded to the Motion (Doc. #38).

On October 14, 2009, the court entered its Order dismissing this action and terminating all pending motions (Doc. #33). Therefore, Plaintiff's Motion for Ruling on Plaintiff's Affidavit of Imminent Danger (Doc. #37) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
        Deputy Clerk